Frederick S. Myers v. Beakes Dairy Company.— Application granted. Order signed.

Richard Korkemas v. Elias Macksoud.— Application granted. Order signed.

Czarnikow Macdougal Company v. George S. Baxter and Others.— Motion denied.

John O'Neill v. West Side Savings Bank.— Motion denied, with ten dollars costs.

Robert B. Hirsch v. New England Navigation Company.— Motion denied, with ten dollars costs.

Louis Brown v. Fannie Grossman.— Motion denied, with ten dollars costs. Settle order on notice.

Moses H. Phillips v. Isaac Van Leer.— Motion denied, with ten dollars costs. Settle order on notice.

Isadore Duckoff v. Bernard Ruhe.— Motion denied, with ten dollars costs. Settle order on notice.

Max Kliger v. Samuel Rosenfeld.— Motion denied, with ten dollars costs. Settle order on notice.

Mary Fahey v. Thomas F. Lynch.— Motion granted. Settle order on notice.

John J. Fish v. Henrietta Hahn.— Motion denied, with ten dollars costs. Settle order on notice.

Helena Lynch v. New York Evening Journal Company.— Leave granted to remove papers from files. Settle order on notice.

Rutherfurd Realty Company v. Willet F. Cook and Others.— Motion denied.

In the Matter of One Hundred and Fifth Street.— Motion granted. Settle order on notice.

Manufacturers' Commercial Company v. Henry Blitz.— Motion dismissed. Settle order on notice.

The People of the State of New York, Respondent, v. Charles C. Moore, Appellant.— Judgment affirmed. No opinion.

Herman Weiss, Respondent, v. The Prudential Insurance Company of America, Appellant.— Judgment and order affirmed, with costs. No opinion.

Albert Van Loan, Respondent, v. Tucker, Speyers & Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

George E. Farewell, Respondent, v. Commonwealth Hotel Company, Formerly Known as The Boylston Company, and John F. Reynolds, Impleaded with Frank B. Robinson, Appellant.— Judgment and order affirmed, with costs. No opinion.

Helen O'Boy, as Administratrix, etc., of Michael O'Boy, Deceased, Respondent, v. James Higgins and John Aughton, Appellants.— Judgment and order reversed, new trial ordered, costs to appellants to abide event, on the ground that the decided weight of the evidence shows that the scaffold in question was an unfinished scaffold in process of erection at the time of the accident, and, therefore, the defendants were not guilty of negligence.

Gilbert A. Middleton, Appellant, v. Beatrice E. Middleton, Respondent.— Judgment affirmed. No opinion.

Fanny Quirk, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs. No opinion. Laughlin, J., dissented.